748 A.2d 1232

Theresa ALBERICI, Respondent,

v.

RICHARD, DISANTI, HAMILTON & GALLAGHER, P.C.,
Howard Richard and Alexander Disanti, Petitioners.

Supreme Court of Pennsylvania.

March 20, 2000.

## ORDER

PER CURIAM:

AND NOW, this 20th day of March, 2000, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issue:

Whether Respondent was required to adduce expert testimony to establish proximate causation in this legal malpractice action?